```
BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>RAMIRO LOPEZ, and<br>KARINA JUAREZ,<br><br>        Defendants.<br>_____ | )<br>)<br>)   NO. 2:11-MJ-130 EFB<br>)<br>)   APPLICATION AND ORDER<br>)   FOR UNSEALING COMPLAINT<br>)<br>)<br>)<br>)<br>) |

On May 5, 2011, the complaint was filed in the above-referenced case. Since the defendants have now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: May 6, 2011                    BENJAMIN B. WAGNER
                                      United States Attorney


                                      By:/s/ Michael D. Anderson
                                         MICHAEL D. ANDERSON
                                         Assistant U.S. Attorney

                                      ORDER

SO ORDERED:

DATED: May 6, 2011                    [signature]
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE