UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
May 6, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
                                                 )
        Plaintiff, )
v. )
                                                 )
RAMIRO LOPEZ, )
       Defendant. )
_____)

Case No. MAG. 11-0130-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release RAMIRO LOPEZ, Case No. MAG. 11-0130-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $25,000.00

           _X_   Co-Signed Unsecured Appearance Bond

           ___Secured Appearance Bond

           _X_   (Other) Conditions as stated on the record.

           _X_   (Other) Unsecured bond paperwork to be filed by 05/13/2011.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  05-06-11  at  3:00 p.m.

By  _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge