LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RAMIRO LOPEZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAMIRO LOPEZ and KARINA JUAREZ,<br><br>Defendants. | Case No.:  2:11-CR-225 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:   June 6, 2011<br>TIME:   8:30 a.m.<br>JUDGE: Hon. William B. Shubb |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for June 6, 2011 may be continued to July 11, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendant in a speedy trial.

///

///

- 1 -

The undersigned counsel have authorized Chris Cosca to sign this stipulation on their behalf.

DATED: June 3, 2011          by:     /s/ Chris Cosca
                                     CHRIS COSCA
                                     Attorney for Defendant
                                     RAMIRO LOPEZ

DATED: June 3, 2011          by:     /s/ Dina L. Santos
                                     DINA LEE SANTOS
                                     Attorney for Defendant
                                     KARINA JUAREZ

DATED: June 3, 2011          by:     /s/ Michael D. Anderson
                                     MICHAEL D. ANDERSON
                                     Assistant U. S. Attorney

### Order

Good cause appearing,

The status conference scheduled for June 6, 2011 is vacated and continued to July 11, 2011 at 8:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4 for counsel preparation. For the reasons stipulated by the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

DATED:   June 6, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE