1  DINA L. SANTOS, Bar #204200
   A Professional Law Corp.
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   ERNESTO SOTO-GONZALEZ
6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,     ) No. 11-225 WBS
                                 )
12              Plaintiff,       )
                                 ) STIPULATION AND ORDER VACATING
13     v.                        ) DATE, CONTINUING CASE, AND
                                 ) EXCLUDING TIME
14 KARINA JUAREZ,                )
   RAMIRO LOPEZ,                 )
15                               ) Date:  Sept. 12, 2011
   ,                             ) Time:  8:30 a.m.
16              Defendants.      ) Judge: Honorable Judge Shubb

17 _____

18     **IT IS HEREBY STIPULATED** by and between Assistant United States Attorney

19 MICHAEL ANDERSON, Counsel for Plaintiff, and Attorney Dina L. Santos, Counsel

20 for Defendant KARINA JUAREZ; Attorney CRIS COSCA, Counsel for RAMIRO LOPEZ;

21 that the status conference scheduled for August 29, 2011, be vacated and the

22 matter be continued to this Court's criminal calendar on September 12, 2011,

23 at 8:30 a.m, for further status.

24     This continuance is requested by the defense in order to permit

25 further client consultation concerning a possible plea agreement and

26 further negotiations with the prosecution.  The defense is also engaged

27 in ongoing investigation.

28     **IT IS FURTHER STIPULATED** that time for trial under the Speedy

1 | Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to §
2 | 3161(h)(7)(A) & (B)(iv), Local code T-4 (time to prepare), and that the
3 | ends of justice served in granting the continuance and allowing the
4 | defendant further time to prepare outweigh the best interests of the
5 | public and the defendant in a speedy trial.
6 |     The Court is advised that all counsel have conferred about this
7 | request, that they have agreed to the September 12, 2011 date, and that
8 | all counsel have authorized Ms. Santos to sign this stipulation on
9 | their behalf.
10 |     **IT IS SO STIPULATED.**
11 |
12 | Dated: August 25, 2011    /S/ Dina L. Santos
                               DINA L. SANTOS
13 |                            Attorney for Defendant
                               KARINA JUAREZ
14 |
       Dated: August 25, 2011    /S/ Chris Cosca
15 |                              CHRIS COSCA
                                 Attorney for Defendant
16 |                              RAMIRO LOPEZ

17 | Dated: August 25, 2011     /S/ Michael Anderson
                                MICHAEL ANDERSON
18 |                            Assistant United States Attorney
                                Attorney for Plaintiff
19 |
20 | **O R D E R**
21 |     **IT IS SO ORDERED.**
22 |     By the Court,
23 | Dated: August 25, 2011
24 |
25 | WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE
26 |
27 |
28 |

Stipulation and Order                    2