LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RAMIRO LOPEZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-CR-225 WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| RAMIRO LOPEZ and KARINA JUAREZ, | |
| Defendants. | |

### Stipulation

The parties, through their undersigned counsel, stipulate that the status conference scheduled for October 11, 2011 may be continued to October 24, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation, consider plea negotiations and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendants in a speedy trial.

///

The undersigned have authorized Chris Cosca to sign this stipulation on their behalf.

DATED:  October 6, 2011          by:     /s/ Chris Cosca
                                          CHRIS COSCA
                                          Attorney for Defendant
                                          RAMIRO LOPEZ

DATED:  October 6, 2011          by:     /s/ Dina L. Santos
                                          DINA LEE SANTOS
                                          Attorney for Defendant
                                          KARINA JUAREZ

DATED:  October 6, 2011          by:     /s/ Michael D. Anderson
                                          MICHAEL D. ANDERSON
                                          Assistant U. S. Attorney

## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for October 11, 2011 is continued to October 24, 2011 at 9:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendants reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:  October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE