LAW OFFICES OF CHRIS COSCA
Chris Cosca    CA SBN 144546
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
RAMIRO LOPEZ

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAMIRO LOPEZ,<br><br>　　　　Defendant. | Case No.:  2:11-CR-225-01 WBS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER TO CONTINUE STATUS**<br>**CONFERENCE** |

### Stipulation

The parties, through the undersigned counsel, stipulate that the status conference scheduled for October 24, 2011 may be continued to November 14, 2011. Additional time is necessary for counsel to review and analyze discovery, conduct investigation, consider plea negotiations and fully assess potential options in this matter. The parties also agree that time may be excluded from the speedy trial calculation under the Speedy Trial Act for counsel preparation, pursuant to 18 U.S.C. § 3161 (h) (7) (B) (iv) and Local Code T4. It is further agreed and stipulated that the ends of justice served in granting this request outweigh the best interests of the public and the defendants in a speedy trial.

///

The prosecutor has authorized Chris Cosca to sign this stipulation on his behalf.

DATED:  October 20, 2011           by:     /s/ Chris Cosca
                                            CHRIS COSCA
                                            Attorney for Defendant
                                            RAMIRO LOPEZ


DATED:  October 20, 2011           by:     /s/ Michael D. Anderson
                                            MICHAEL D. ANDERSON
                                            Assistant U. S. Attorney


## ORDER

**IT IS HEREBY ORDERED:** The status conference scheduled for October 24, 2011 is continued to November 14, 2011 at 9:30 a.m.

Time is excluded from the speedy trial calculation pursuant to 18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T4. The Court finds that a continuance is necessary to give the defendants reasonable time to prepare in this matter. The Court further finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED:   October 21, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE